UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-80789-CIV-HURLEY/HOPKINS

LIDIA BOLANDER,

    Plaintiff,

vs.

TASER INTERNATIONAL, INC., et al.,

    Defendants.
_____/

### ORDER RESETTING TRIAL DATE, CALENDAR CALL, AND PRETRIAL DEADLINES

**THIS CAUSE** is before the court upon the plaintiff's motion for continuance of trial [DE # 20]. After review of the motion and supporting documentation, the court concludes that good cause exists justifying a continuance.

Accordingly, it is hereby **ORDERED** and **ADJUDGED**:

1. Plaintiff's motion for continuance of trial [DE # 20] is **GRANTED**. This case is re-set for trial on the **October 2008 Trial Calendar** which commences on **Monday, October 6, 2008**. Counsel for all parties shall appear at a calendar call commencing at **2:00 P.M.** on **Wednesday, October 1, 2008**, in courtroom five at the federal courthouse, 701 Clematis Street, West Palm Beach, Florida.

2. Pretrial discovery shall be conducted in accordance with Local Rule 16.1 and Rule 26(a) of the Federal Rules of Civil Procedure. In light of the extension of trial date, pretrial discovery deadlines will be adjusted to comport with the new calendar call date for this case. Unless amended by subsequent order, the following deadlines shall

Order Resetting Trial Date, Calendar Call, and Pretrial Deadlines
Bolander v. Taser International, Inc. et al.
Case No. 07-80789-CIV-HURLEY/HOPKINS

apply:

| | |
|---|---|
| Rule 14 and Rule 19 Motions | 180 days before calendar call |
| Rule 26(a)(2) Expert Testimony Disclosures | 90 days before calendar call |
| Summary Judgment Motions | 90 days before calendar call |
| Mediation Conference | 60 days before calendar call |
| Rule 26(a)(3) Witness and Exhibit Disclosures | 30 days before calendar call |
| Discovery Cutoff | 10 days before calendar call |
| Motions in Limine | 5 days before calendar call |
| Pretrial Stipulation | 5 days before calendar call |
| Voir Dire Questions | First day of jury trial |
| Jury Instructions | First day of jury trial |
| Proposed Findings of Fact & Conclusions of Law | First day of non jury trial |

**DONE** and **SIGNED** in Chambers at West Palm Beach, Florida this ___31st___ day of March, 2008.

Daniel T. K. Hurley
United States District Judge

*Copies furnished to counsel of record*