UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 07-80789-CIV-HURLEY/HOPKINS

**LIDIA BOLANDER, et al.,**
    Plaintiffs

v.

**TASER INTERNATIONAL, INC., DGG TASER, INC.,** a Florida
Corporation; **THE CITY OF DELRAY BEACH,**
By and through The City of Delray Beach Police
Department, **FRANK CASAREZ,** Individually
and as Agent and Police Officer of the City of
Delray Beach Police Department, Badge # 643;
**STEVEN HYNES,** Individually, and as Agent and
Police Officer of the City of Delray Beach Police
Department,, Badge # 795

    Defendants.
_____/

## DEFENDANTS' EXPERT WITNESS DISCLOSURE

    **COME NOW** Defendants, **CITY OF DELRAY BEACH,** by and through the City of Delray Beach Police Department, **FRANK CASAREZ**, Individually and as Agent and Police Officer of the City of Delray Beach Police Department, Badge No. 643, and **STEVEN HYNES**, Individually and as Agent and Police Officer of the City of Delray Beach Police Department, Badge No. 795, by and through their undersigned counsel and hereby adopt the Expert Witness Disclosure filed by Defendants, **TASER INTERNATIONAL, INC.** and **DGG TASER, INC.**, on August 01, 2008.

    **I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished to **Mr. Michael J. Roper, Esq.** and **Mr. Douglas J. Petro, Esq.,** **BELL, ROPER, & KOHLMYER, P.A.**, 2707 East Jefferson Street, Orlando, Florida, 32803, **Mr. William D. Tucker, Esq., WILLIAM D. TUCKER, P.A.**, 718 Northeast 2nd Avenue, Fort Lauderdale, Florida, 33304, and **Mr. Joseph E. Slama, Esq.** and **Mr. Doreek S. Kavitian, Esq., KRUPNICK, CAMPBELL, MALONE, BUSER, SLAMA, HANCOCK, LIBERMAN, & McKee, P.A.,** 700 Southeast 3rd Avenue, Suite 100, Fort Lauderdale, Florida, 33316, VIA ELECTRONIC FILING this 15th day of August, 2008.

                                            **FRED H. GELSTON, P.A.**

601C North Dixie Highway
West Palm Beach, Florida, 33401
Telephone: (561) 832-5999
Facsimile: (561) 832-2533


By s: FRED H. GELSTON, ESQUIRE
  **FRED H. GELSTON, ESQUIRE**
  Florida Bar Number: 173506