UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

**CASE NO.: 07-80789 CIV-HURLEY/HOPKINS**

LIDIA BOLANDER, Individually as
the surviving spouse of Timothy
Bolander, and as Personal
Representative of THE ESTATE OF
TIMOTHY BOLANDER, et al.
      Plaintiffs,

vs.

TASER INTERNATIONAL, INC. et
al.
      Defendants.

_____ /

**PLAINTIFFS' NOTICE OF FILING VIDEO
CLIPS FROM TASER TRAINING
MATERIALS - MIKE BRAVE, PRESIDENT
OF LAAW INTERNATIONAL, INC. -  IN
OPPOSITION TO [39] TASER
DEFENDANTS' MOTION FOR SUMMARY
JUDGMENT AND [42] CITY OF DELRAY
BEACH DEFENDANTS' MOTION FOR
SUMMARY JUDGMENT**

Plaintiffs, in opposition to [39] and [42] Defendants' Motions for Summary Judgment.

file the embedded video below, which is composed of clips from two videos from defendant

Taser International, Inc.' s training materials.  The video clip features Mike Brave, the president

of Laaw International, Inc., which developed the Sample Law Enforcement Agency Policies and

Procedures for Advanced Taser® (M26 or X26) (revised 6/21/2005), attached as Exhibit 29 to

[67], Plaintiffs' 9/18/2008 Notice of filing.

>>>>>>>>>>>>>>>
TO VIEW VIDEO
CLIP, CLICK THE
PHOTO TO THE
RIGHT
>>>>>>>>>>>>>>>



The sources from which clips were obtained to create this video are titled "Mike Brave.wmv" and "Taser Risk Management.wmv" Both videos are on Taser International, Inc.'s versions 10, 10.1, and 11 training materials.

Mike Brave is president of Laaw International, Inc., which developed the Sample Law Enforcement Agency Policies and Procedures for Advanced Taser® (M26 or X26) (revised 6/21/2005), attached as Exhibit 29 to [67], Plaintiffs' 9/18/2008 Notice of filing.

The Laaw International policies and procedures are found in version 12 of Taser's training materials, the very same materials which contain slide 108, in which Taser International, Inc., for the very first time warns against multiple and extended duration taser discharges because they "may impair normal breathing patterns."  Too little too late for Mr. Bolander.

The Laaw International "Sample Taser policies", are at odds with Taser's training materials.  This conflict will be addressed in Plaintiff's response to Defendants' motions for Summary judgment.  As president of Laaw International, Inc., Mr. Brave's background will add support to Plaintiffs' arguments pertaining to the Laaw International, Inc., "sample" Taser policies.

On the video Mr. Brave establishes his training, education, and experience, in the field of law enforcement and use of force policies.  Thus Mr. Brave, arguably establishes the expertise which provides the foundation for his ability to create the "sample" Taser Policies.

Additionally, on camera Mr. Brave hammers home again and again Taser's factually incorrect and tragic marketing tagline that tasers are "virtually safe" and "cause no serious injuries."  Personifying Taser's party line, Mr. Brave callously dismisses as frivolous a lawsuit against Taser by the family of a man who died after being tasered.  Mr. Brave denies that the taser could have played any part in causing the man's death, and instead blames the man's death on "all the drugs" in the his system.

Respectfully Submitted,


**s/ William D. Tucker, Esq. (Fla. Bar #865753)**
E.  Wdtucker.attorney@gmail.com
The Law Offices of William D. Tucker, P.A.
726 Northeast Second Avenue
Fort Lauderdale, FL   33304
DIRECT LINE: 954-328-1129
Co-Counsel for Plaintiffs


I hereby certify that: I electronically filed the foregoing document with the Clerk of the Court using CM/ECF; and that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing, this September 18, 2008.


**s/William D. Tucker, Esq. (Fla. Bar #865753)**
E.      wdtucker.attorney@gmail.com

SERVICE LIST
Bolander v. Taser International, Inc., et al.,
United States District Court for the Southern District of Florida
Case No. 07-80789 CIV-HURLEY/HOPKINS

William D. Tucker, Esq.
E.  Wdtucker.attorney@gmail.com
The Law Offices of William D. Tucker, P.A.
726 Northeast Second Avenue
Fort Lauderdale, FL   33304
DIRECT LINE: 954-328-1129
Co-Counsel for Plaintiffs
Electronic Service

Fred H. Gelston, Esq.
E.    fgelston@bellsouth.net
Fred H. Gelston, P.A.
601 N Dixie Highway
Suite C, PO Box 3546
West Palm Beach, FL 33402-3546
T   561-832-5999
F   561-832-2533
Attorneys for Defendants City of Delray,
Hynes, Casarez
Electronic Service

Joeseph Slama
E. Jslama@krupnicklaw.com
Noreek Stephan Davitian
E    ndavitian@krupnicklaw.com
Krupnick, Campbell
Ste. 100
700 SE 3rd Avenue
Fort Lauderdale, FL 33316-1154
T   954-763-8181
F   954-763-8292
Co-Counsel for Plaintiffs
Electronic Service

Michael J. Roper, Esq.
E    mroper@bellroperlaw.com
Bell & Roper
2816 E Robinson Street
Orlando, FL 32803
T   407-897-5150
F   407-897-3332
Attorneys for Defendants Taser International,
Inc. & DGG Taser, Inc.
Electronic Service

D:\CASE FILES\BOLANDER\LITIGATION\Summary Judgment\Notice of filing video clip Mike Brave, pres. Laaw International, Inc..wpd