UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 9:07-cv-80789-Hurley/Hopkins

LIDIA BOLANDER, Individually as the surviving
spouse of Timothy Bolander, and as Personal Representative
of THE ESTATE OF TIMOTHY BOLANDER; VICTORIA
BOLANDER, surviving minor child of Timothy Bolander,
by and through her mother Lidia Bolander; JODY HERSEY,
surviving mother of Timothy Bolander; and TIMOTHY
BOLANDER, as surviving father of Timothy Bolander

  Plaintiffs,
vs.


TASER INTERNATIONAL, INC.; DGG TASER, INC.,
a Florida Corporation; THE CITY OF DELRAY BEACH,
by and through the Delray Beach Police Department, FRANK
CASAREZ, Individually and as Agent and Police Officer of
the City of Delray Beach Police Department, Badge # 643;
STEVEN HYNES, Individually and as Agent and Police
Officer of the City of Delray Beach Police Department,
Badge # 795

  Defendants.
_____/

### SUPPLEMENTAL WITNESS LIST
### (DEFENDANTS, TASER INTERNATIONAL, INC. and DGG TASER, Inc.)

  COME NOW Defendants, TASER International, Inc. and DGG TASER, Inc., by and through their undersigned counsel, and hereby file their Witness List, pursuant to the Court's December 4, 2007 Order Setting Trial Date and Discovery Deadlines and the Court's Docket Entry dated August 26, 2008 Resetting Calendar Call for October 6, 2008 as follows:

1.  Officer E. Aronowitz      May Call
   Delray Beach Police Department
   300 West Atlantic Avenue
   Delray Beach, FL 33444

| | | |
|---|---|---|
| 2. | Special Agent Magali Boinilla<br>Florida Department of Law Enforcement<br>1400 Centrepark Boulevard, Suite 800<br>West Palm Beach, FL 33401 | May Call |
| 3. | Jeff Bolander<br>Address Unknown | May Call |
| 4. | Lidia Bolander<br>c/o Joseph Slama, Esquire | May Call |
| 5. | Timothy Bolander<br>c/o Joseph Slama, Esquire | May Call |
| 6. | Sgt. Bob Brand<br>Delray Beach Police Department<br>300 West Atlantic Avenue<br>Delray Beach, FL 33444 | May Call |
| 7. | Lt. Richard Bush<br>Delray Beach Fire Department<br>501 West Atlantic Avenue<br>Delray Beach, FL 33344 | Expect to Call |
| 8. | Liz Campbell<br>Southeast Personnel Leasing, Inc.<br>2739 US Highway 19 North<br>Holiday, FL 34691 | May Call |
| 9. | Officer Frank Casarez<br>Delray Beach Police Department<br>300 West Atlantic Avenue<br>Delray Beach, FL 33444 | Expect to Call |
| 10. | Kathleen Coon<br>1750 Satin Leaf Court<br>Delray Beach, FL 33445 | May Call |
| 11. | Sonyia Cornelius<br>Comprehensive Alcohol Rehabilitation Programs, Inc.<br>5400 East Avenue<br>West Palm Beach, FL 33407 | May Call |
| 12. | Donald M. Dawes, M.D.<br>301 Loyola Drive<br>Santa Barbara, CA 93109<br>*Expert Witness - TASER | Expect to Call |

| | | |
|---|---|---|
| 13. | Paramedic Joe Drayson<br>Delray Beach Fire Department<br>501 West Atlantic Avenue<br>Delray Beach, FL 33344 | Expect to Call |
| 14. | Special Agent Michael Driscoll<br>Florida Department of Law Enforcement<br>1400 Centrepark Boulevard, Suite 800<br>West Palm Beach, FL 33401 | May Call |
| 15. | Officer Drummond<br>Delray Beach Police Department<br>300 West Atlantic Avenue<br>Delray Beach, FL 33444 | May Call |
| 16. | Larry Dugan, CPA<br>Dorra, Shaw and Dugan, CPAs<br>270 South County Road<br>Palm Beach, FL 33480 | Expect to Call |
| 17. | Maureen Esposito, Ph.D.<br>Alternatives in Treatment, Inc.<br>7601 North Federal Highway, Suite 100B<br>Boca Raton, FL 33487 | May Call |
| 18. | Michael A. Evans, Ph.D.<br>AIT Laboratories<br>2265 Executive Drive<br>Indianapolis, IN 46241<br>*Expert Witness – TASER | Expect to Call |
| 19. | Investigator William Fraser<br>Office of the State Attorney<br>15th Judicial Circuit<br>401 North Dixie Highway<br>West Palm Beach, FL 33401 | May Call |
| 20. | Lt. Glen Goss<br>Delray Beach Police Department<br>300 West Atlantic Avenue<br>Delray Beach, FL 33444 | May Call |

| | | |
|---|---|---|
| 21. | Michael Graham, M.D.<br>Division of Forensic and Environmental Pathology<br>St. Louis University School of Medicine<br>3556 Caroline Street, Room C305<br>St. Louis, Missouri 63104<br>*Expert Witness - TASER* | Expect to Call |
| 22. | Stuart Graham, M.D.<br>Office of the District 19 Medical Examiner<br>2500 South 35th Street<br>Ft. Pierce, FL 34981 | Expect to Call |
| 23. | Charles "Mitchell" Gray<br>1123 Palisades Drive<br>Jacksonville, FL 32221 | Expect to Call |
| 24. | Rick Guilbault<br>Director of Training<br>TASER International, Inc.<br>17800 N. 85th Street<br>Scottsdale, AZ 85255-9603<br>*Expert Witness - TASER* | May Call |
| 25. | Officer Harris<br>Delray Beach Police Department<br>300 West Atlantic Avenue<br>Delray Beach, FL 33444 | May Call |
| 26. | Captain Craig Hartman<br>Delray Beach Police Department<br>300 West Atlantic Avenue<br>Delray Beach, FL 33444 | May Call |
| 27. | Katie Hartman<br>Communications Manager<br>Delray Beach Police Department<br>300 West Atlantic Avenue<br>Delray Beach, FL 33444 | May Call |
| 28. | Officer Ronald Held<br>Delray Beach Police Department<br>300 West Atlantic Avenue<br>Delray Beach, FL 33444 | May Call |

| | | |
|---|---|---|
| 29. | Jody Hersey<br>c/o Joseph Slama, Esquire | May Call |
| 30. | Andrew Hinz<br>Law Enforcement Technical Coordinator<br>TASER International, Inc.<br>17800 N. 85th Street<br>Scottsdale, AZ  85255-9603 | Expect to Call |
| 31. | Jeffrey D. Ho, M.D.<br>Department of Emergency Medicine<br>Hennepin County Medical Center<br>701 Park Avenue South<br>Minneapolis, MN 55415<br>*Expert Witness - TASER | Expect to Call |
| 32. | Officer Stephen Hynes<br>Delray Beach Police Department<br>300 West Atlantic Avenue<br>Delray Beach, FL  33444 | Expect to Call |
| 33. | Sergey Istomin<br>Comprehensive Alcohol Rehabilitation Programs, Inc.<br>5400 East Avenue<br>West Palm Beach, FL  33407 | May Call |
| 34. | Jeffrey L. Katz<br>1765 Satin Leaf Court<br>Delray Beach, FL  33445 | May Call |
| 35. | Barry E. Krischer, Esquire<br>Office of the State Attorney<br>401 North Dixie Highway<br>West Palm Beach, FL  33401 | May Call |
| 36. | Mark Kroll, Ph.D., F.A.C.C.<br>Mark Kroll & Associates, LLC<br>Box 23<br>Crystal Bay, MN 55323<br>*Expert Witness – TASER | Expect to Call |

| | | |
|---|---|---|
| 37. | Richard M. Luceri, M.D.<br>JM Family Enterprises, Inc. Medical Services<br>111 Jim Moran Boulevard<br>Deerfield Beach, FL 33442<br>*Expert Witness - TASER* | Expect to Call |
| 38. | Hans Marrero<br>Chief Instructor<br>TASER International, Inc.<br>17800 N. 85th Street<br>Scottsdale, AZ 85255-9603 | May Call |
| 39. | Deborah Mash, Ph.D.<br>University of Miami School of Medicine<br>Department of Neurology<br>1501 NW 9th Avenue<br>Miami, FL 33136<br>*Expert Witness - TASER* | Expect to Call |
| 40. | Gary Meares<br>President, Law Enforcement Sales<br>DGG TASER, Inc.<br>8725 Youngerman Court<br>Suite 305<br>Jacksonville, FL 32244 | May Call |
| 41. | Teresa Meares, CEO<br>DGG TASER, Inc.<br>8725 Youngerman Court<br>Suite 305<br>Jacksonville, FL 32244 | May Call |
| 42. | Donald Miller, M.D.<br>Delray Medical Center<br>5352 Linton Boulevard<br>Delray Beach, FL 33484 | May Call |
| 43. | Lt. John Palermo<br>Delray Beach Police Department<br>300 West Atlantic Avenue<br>Delray Beach, FL 33444 | May Call |

| | | |
|---|---|---|
| 44. | Dorin Panescu, Ph.D.<br>5275 Country Forge Lane<br>San Jose, CA 95136<br>*Expert Witness - TASER* | Expect to Call |
| 45. | Sgt. Fred Parker<br>Delray Beach Police Department<br>300 West Atlantic Avenue<br>Delray Beach, FL 33444 | May Call |
| 46. | John G. Peters, Jr., M.B.A., Ph.D.<br>John G. Peters, Jr. & Associates<br>1550 West Horizon Ridge Parkway<br>Suite A, #337<br>Henderson, NV 89012<br>*Expert Witness - TASER* | Expect to Call |
| 47. | Danielle Peterson<br>3772 Satin Leaf Court<br>Delray Beach, FL 33445 | May Call |
| 48. | Firefighter David Priest<br>Delray Beach Fire Department<br>501 West Atlantic Avenue<br>Delray Beach, FL 33344 | Expect to Call |
| 49. | Sgt. S. Privitera<br>Delray Beach Police Department<br>300 West Atlantic Avenue<br>Delray Beach, FL 33444 | May Call |
| 50. | Special Agent Millard C. Quad<br>Florida Department of Law Enforcement<br>Key West Field Office<br>3140 Flagler Drive<br>Key West, FL 33040 | Expect to Call |
| 51. | Chief Investigator Tony Ross<br>Office of the State Attorney<br>15th Judicial Circuit<br>401 North Dixie Highway<br>West Palm Beach, FL 33401 | May Call |

| | | |
|---|---|---|
| 52. | Sgt. Toby J. Rubin<br>Delray Beach Police Department<br>300 West Atlantic Avenue<br>Delray Beach, FL 33444 | May Call |
| 53. | Investigator Heron Ruiz<br>Office of the District 15 Medical Examiner<br>3126 Gun Club Road<br>West Palm Beach, FL 33406 | May Call |
| 54. | Firefighter/Paramedic Kevin Saxton<br>Delray Beach Fire Department<br>501 West Atlantic Avenue<br>Delray Beach, FL 33344 | Expect to Call |
| 55. | Chief Larry Schroeder<br>Delray Beach Police Department<br>300 West Atlantic Avenue<br>Delray Beach, FL 33444 | May Call |
| 56. | Special Agent Carl Shedlock<br>Florida Department of Law Enforcement<br>1400 Centrepark Boulevard, Suite 800<br>West Palm Beach, FL 33401 | May Call |
| 57. | Patrick ("Rick") W. Smith<br>Chief Executive Officer<br>TASER International, Inc.<br>17800 N. 85th Street<br>Scottsdale, AZ 85255-9603<br>*Expert Witness - TASER* | Expect to Call |
| 58. | Russel Stender<br>3105 County Road 121<br>Baldwin, FL 32234 | Expect to Call |
| 59. | Detective Robert Stevens<br>Delray Beach Police Department<br>300 West Atlantic Avenue<br>Delray Beach, FL 33444 | May Call |

| | | |
|---|---|---|
| 60. | Linda Sullivan<br>Wuesthoff Reference Laboratories<br>6800 Spyglass Court<br>Melbourne, FL 32940 | May Call |
| 61. | Officer T.L Turberville<br>Delray Beach Police Department<br>300 West Atlantic Avenue<br>Delray Beach, FL 33444 | May Call |
| 62. | Sgt. Tustin<br>Delray Beach Police Department<br>300 West Atlantic Avenue<br>Delray Beach, FL 33444 | May Call |
| 63. | Steve Tuttle<br>Vice President of Communications<br>TASER International, Inc.<br>17800 N. 85th Street<br>Scottsdale, AZ 85255-9603<br>*Expert Witness - TASER* | Expect to Call |
| 64. | Betsy Wolf, LCSW<br>Alternatives in Treatment, Inc.<br>7601 North Federal Highway, Suite 100B<br>Boca Raton, FL 33487 | May Call |
| 65. | Chief Assistant Paul Zacks<br>Office of the State Attorney<br>15th Judicial Circuit<br>401 North Dixie Highway<br>West Palm Beach, FL 33401 | May Call |

Records Custodians for the following:
Alternatives in Treatment, Inc.
Comprehensive Alcoholism Rehabilitation Programs, Inc.
Delray Beach Fire Department
Delray Medical Center
Dorra, Shaw and Dugan, CPA
Florida Department of Law Enforcement
Office of the District 15 Medical Examiner
Southeast Personnel Leasing, Inc.
Wuesthoff Reference Laboratories

I HEREBY CERTIFY that on the 24th day of September, 2008, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will also send a Notice of Electronic Filing to Joseph Slama, Esquire (jslama@krupnicklaw.com), Krupnick, Campbell, Malone, Buser, Slama, Hancock, Liberman & McKee, P.A., 700 SE 3rd Avenue, Suite 100, Ft. Lauderdale, FL 33316-1154; William D. Tucker, Esquire (wdtuckerattorney@gmail.com), The Law Offices of William D. Tucker, P.A., 726 NE 2nd Ave., Ft. Lauderdale, FL 33304 and to Fred H. Gelston, Esquire, (fgelston@bellsouth.net), Fred H. Gelston, P.A., P.O. Box 3546, West Palm Beach, FL 33402-3546.

*Michael J. Roper*
MICHAEL J. ROPER, ESQ.-Trial Counsel
Florida Bar No. 0473227
Bell, Roper & Kohlmyer, P.A.
2707 East Jefferson Street
Orlando, FL 32803
407-897-5150 - Telephone
407-897-3332 - Facsimile
Attorneys for Defendant, TASER International, Inc.
   and DGG TASER, Inc.