UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 07-cv-80789-Vitunac

LIDIA BOLANDER, et al.,

      Plaintiffs,

vs.

TASER INTERNATIONAL, INC., et al.,

      Defendants.

_____/

FILED by _____ D.C.

**AUG 0 7 2009**

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## ORDER DISMISSING CASE WITH PREJUDICE

THIS CAUSE is before the Court on Order of Transfer (DE 127) from United States District Judge Daniel T. K. Hurley transferring the above-captioned case to this Court "in its entirety . . . for final disposition" upon consent of the parties. On August 6, 2009, the parties filed a Stipulation for Dismissal with Prejudice (DE 158) representing that "this matter has been amicably resolved" and requesting "entry of a Final Order dismissing this entire suit with prejudice, each party to bear its own costs and attorney's fees." The Stipulation is signed by counsel for all parties in this case.

Upon consideration of the Stipulation, the pertinent portions of the record, and being otherwise fully advised in the premises, it is hereby

ORDERED AND ADJUDGED that all claims against all Defendants in the above-styled cause are hereby DISMISSED WITH PREJUDICE. The Clerk of Court is instructed to CLOSE this case and DENY all pending motions as moot.

1

DONE and ORDERED in Chambers at West Palm Beach in the Southern District of Florida, this _____ day of August, 2009.

ANN E. VITUNAC
United States Magistrate Judge

Copies to:
All counsel and parties of record

2